Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
700 Montgomery Street
San Francisco, CA  94111
Telephone:  (415) 982-2600
Facsimile:  (415) 358-4562
Email:  gerigreen@earthlink.net

Attorneys for Defendant
PEDRO CRUZ LEAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR 04-0065 MHP |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JUNE 16, 2008 TO JULY 14, 2008 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| PEDRO CRUZ LEAL, et al. | ) |
| Defendants. | ) |

    The matter is presently on this Court's calendar for a Status Conference on June 16, 2008, however, more time is necessary for the defendant to complete his investigation and there remains more discovery yet to be turned over by the prosecution.

    Defendant's counsel recently received approximately 300 pages of new discovery and more than 18 hours of video tapes which must be reviewed by counsel and the defendant Mr. Leal. Since Mr. Leal is a Spanish speaker only and the events alleged in this matter occurred more than four years ago, this will necessarily prove to be a laborious and time consuming task.

    In addition, Defendant's counsel has suffered a death in the family that requires her immediate attention and her child has just recently been scheduled for surgery on June 16, 2008 requiring her to be out of the office on that day and the few days before and after the surgery.

Accordingly, the parties are requesting a continuance of the Status Conference date to July 14, 2008.

The parties therefore stipulate and request the Court to continue the Status Conference date from June 16, 2008 to July 14, 2008, in order to complete their investigation and to provide for the continuity of counsel. Given the need to complete the necessary review of the discovery, preparation of the case and investigation, the parties stipulate that the time from June 16, 2008 to July 14, 2008, is properly excludable for effective preparation and continuity of counsel from Speedy Trial Act calculations.

IT IS SO STIPULATED.

DATED: June 12, 2008

/s/
THOMAS MAZZUCCO
Assistant United States Attorney

DATED: June 12, 2008

/s/
GERI LYNN GREEN
Attorney for PEDRO CRUZ LEAL

IT IS SO ORDERED. The status conference hearing will be continued from June 16, 2008 to July 14, 2008. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: June 13, 2008



THE HON. MARILYN H. PATEL
United States District Judge