Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerigreen@earthlink.net

Attorneys for Defendant
PEDRO CRUZ LEAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEDRO CRUZ LEAL, et al.<br><br>　　　　Defendants.<br>_____ | Case No. CR 04-0065 MHP<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JULY 14, 2008 TO SEPTEMBER 8, 2008, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

　　　The matter was on this Court's calendar for a Status Conference on July 14, 2008, at which time the Court granted the stipulated request of the parties for a continuance to September 8, 2008; as stated, more time was necessary for the defendant to complete his investigation and there remains more discovery yet to be turned over by the prosecution.

　　　Defendant's counsel recently received approximately 300 pages of new discovery and more than 18 hours of video tapes which must be reviewed by counsel and the defendant Mr. Leal. Since Mr. Leal is a Spanish speaker only and the events alleged in this matter occurred more than four years ago, this will necessarily prove to be a laborious and time consuming task.

　　　The parties therefore stipulated and requested the Court to continue the Status Conference

date from July 14, 2008 to September 8, 2008, in order to complete their investigation and to provide discovery and for the continuity of counsel. Given the need to complete the necessary review of the discovery, preparation of the case and investigation, the parties stipulate that the time from July 14, 2008 to September 8, 2008, is properly excludable for effective preparation and continuity of counsel from Speedy Trial Act calculations.

    IT IS SO STIPULATED.

DATED: August 26, 2008

/s/ _____
THOMAS MAZZUCCO
Assistant United States Attorney

DATED: August 26, 2008

/s/ _____
GERI LYNN GREEN
Attorney for PEDRO CRUZ LEAL

IT IS SO ORDERED. The status conference hearing will be continued from July 14, 2008 to September 8, 2008. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: __August 27, 2008_____

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED. /s/ Judge Marilyn H. Patel — United States District Court, Northern District of California (seal)*

Z:\Clients\CRIMINAL CASES\Leal\PLEADING\Leal stip to continue 8-22-08 FINAL.wpd

Stipulation and (Proposed) Order Continuing Hearing
Case No. CR 04-0065 MHP

-2-