JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

AARON D. WEGNER (ORBN 03535)
aaron.wegner@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6831
   FAX: (415) 436-6982

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 04-0065-MHP |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF BRIEFING SCHEDULE |
|    v. ) | |
| PEDRO CRUZ LEAL, ) | |
|    Defendant. ) | |

    On October 10, 2008, the defendant filed a motion for discovery related to the government's confidential informant employed in the above-entitled case.  On October 23, 2008, the government requested further time to respond to the defendant's motion and suggested a modified briefing schedule.  On October 24, 2008, the defendant requested that the Court either deny the government's request for an extension of time or, alternatively, set a new briefing schedule and hearing date.  The government filed its response to the defendant's motion on October 30, 2008.  The hearing on the defendant's motion is currently set for November 17, 2008.

///

CR 04-0065 MHP
[STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF BRIEFING SCHEDULE]

1    Both the government and the defendant agree that additional time is needed to properly
2 prepare for the hearing on the defendant's motion.  Therefore, it is respectfully requested that the
3 Court set a new hearing date on December 1, 2008, at 11 a.m.  In addition, both parties agree that
4 the defendant shall have until November 24, 2008, to file a reply brief.

5    In addition, the parties agree that any future hearing dates will be set by the Court after the
6 current discovery issues have been resolved.

8    DATED: November 5, 2008                Respectfully submitted,

9                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

12                                                 /s/   Aaron Wegner
                                            AARON D. WEGNER
                                            Assistant United States Attorney

15    DATED: November 5, 2008                      /s/   Geri Green
                                            GERI R. GREEN
                                            Attorney for Pedro Cruz Leal

18    IT IS SO ORDERED.

19    DATED: 11/13/2008

                                            IT IS SO ORDERED
                                            Judge Marilyn H. Patel

CR 04-0065 MHP
[STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF BRIEFING SCHEDULE]