JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (OR 03535)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-04-0065-~~CRB~~ MHP |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 1, 2008, TO DECEMBER 22, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| PEDRO LEAL, | ) | |
| Defendant. | ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 1, 2008, through December 22, 2008.

    The parties agree, and the Court finds and holds, as follows:

    1.  The defendant agrees to an exclusion of time under the Speedy Trial Act from December 1, 2008, through December 22, 2008, based upon the need for effective preparation of counsel as defense counsel is preparing to file a pre-trial motion on December 22. The defendant

agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to December 1, 2008, shall remain preserved.

  2. Counsel for the defense believes that the exclusion of time is in her client's best interest.

  3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 1, 2008, through December 22, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

  4. Accordingly, and with the consent of the defendant, the Court orders the period from December 1, 2008, through December 22, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____   _____/s/_____
               GERI L. GREEN
               Attorney for Defendant

DATED:_____   _____/s/_____
               AARON D. WEGNER
               Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/12/2008   _____
               HON.
               United

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*