Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
700 Montgomery Street
San Francisco, CA  94111
Telephone:  (415) 982-2600
Facsimile:  (415) 358-4562
Email:  gerigreen@earthlink.net

Attorneys for Defendant
PEDRO CRUZ LEAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 04-0065 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESCHEDULING DEFENDANT'S SCHEDULED MOTION BRIEFING DATE FROM DECEMBER 22, 2008, AND SET A HEARING DATE FOR JANUARY 5, 2009; EXCLUSION FROM THE SPEEDY TRIAL ACT |
| vs. | |
| PEDRO CRUZ LEAL, et al. | |
| Defendants. | |

    At the hearing on the Defendant's Motion to Compel Disclosure of the Confidential Informant held on December 1, 2008, this Court ordered disclosure of the CI and much of the materials sought by defense within 10 days of the hearing and the following briefing schedule: Defendants brief for motion to be filed on December 22, 2008, the Government's responsive pleadings to be filed by January 5, 2009, and Defendant's reply on January 12, 2009. The motion hearing date is scheduled for February 2, 2009, with a Jury Trial Set for March 3, 2009. The Confidential Informant interview did not occur until late in the evening of Friday, December 19, 2008. At that time, it became apparent that there remains a discovery dispute which will require the Court's intervention.  As a result, the parties are requesting a hearing on January 5,

2009 in order to resolve the discovery dispute at the Court's earliest convenience and therefore are requesting that the Court set a more realistic briefing schedule.

The parties therefore stipulate and request the Court relieve Defendant from its order directing the filing of the motion on December 22, 2008 and continue the filing of Defendant's motion from December 22, 2008, to a date after the discovery dispute may be resolved. The parties stipulate that the time from December 22, 2008, to January 5, 2009, is properly excludable for effective preparation and continuity of counsel from Speedy Trial Act calculations.

IT IS SO STIPULATED.

DATED: December 22, 2008

/s/
AARON D. WEGNER
Assistant United States Attorney

DATED: December 22, 2008

/s/
GERI LYNN GREEN
Attorney for PEDRO CRUZ LEAL

IT IS SO ORDERED. That the matter will calendared January 5, 2009 at 10:00 am for resolution of the discovery dispute and setting of a new briefing schedule for *Franks* motion. For the reasons set forth above, the time is excludable from the Speedy Trial Act.

DATED: 1/5/2009



THE HON. _____ PATEL
United _____

Stipulation and (Proposed) Order Continuing Hearing
Case No. CR 04-0065 MHP                    -2-